**Order filed July 31, 2014.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-14-00295-CV**

_____

**SHAVONNE LEON, Appellant**

**V.**

**HOUSTON HOUSING AUTHORITY, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1040205**

---

## O R D E R

Appellant's brief was due July 14, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 15, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM